UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT T. MATSUI FEDERAL COURTHOUSE - SACRAMENTO

| | |
|---|---|
| **PRIME HEALTHCARE SERVICES – SHASTA, LLC**, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>   **Plaintiff**<br><br>vs.<br><br>**Sylvia Mathews Burwell in her official capacity as Secretary of the Department of Health and Human Services,**<br><br>   **Defendant.** | Case Nos. 2:16-cv-00230-TLN-KJN<br><br>   2:16-cv-02278-TLN-KJN<br><br>   2:16-cv-02521-TLN-KJN<br><br>*Hon.  Judge Troy L. Nunley*<br>*Magistrate Judge Kendall J. Newman*<br><br>[Related to Case Nos. 2:14-cv-02791; 2:15-cv-00154; 2:15-cv-00324; 2:15-cv-00400; 2:15-cv-00450; 2:15-cv-00473; 2:15-cv-00474; 2:15-cv-00709; 2:15-cv-01120; 2:16-cv-00230; 2:16-cv-02278; all designated with TLN-KJN]<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO AMEND THE FIRST AMENDED COMPLAINT AND SET A BRIEFING SCHEDULE FOR MOTIONS TO DISMISS** |

[~~PROPOSED~~] ORDER GRANTING STIP TO AMEND THE FAC AND SET A BRIEFING SCHEDULE

1

SHULMAN HODGES & BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

G:\DOCS\KJN\Robbin\signed - kjn\16-230 & 16-2278 & 16-2521 Prime Healthcare Services Shasta, LLC v. Burwell Order Approving Stipulation to File Amended Compaint and Set Briefing Schedule.doc

The Court, having considered the stipulation of Plaintiff PRIME HEALTHCARE SERVICES – SHASTA, LLC ("Shasta" or "Plaintiff") and Defendant Sylvia Mathews Burwell in her official capacity as Secretary of the Department of Health and Human Services ("Defendant") (collectively Defendant will be referred to with Plaintiff as the "Parties"), by and through their attorneys, and for good cause shown:

**IT IS HEREBY ORDERED** that:

(1) Plaintiff may file a Second Amended Complaint in each of the following three related cases:

    (a) *Prime Healthcare Services - Shasta, LLC v. Burwell,* Case No. 2:16-cv-00230-TLN-KJN;

    (b) *Prime Healthcare Services - Shasta, LLC v. Burwell*, Case No. 2:16-cv-02278-TLN-KJN; and

    (c) *Prime Healthcare Services - Shasta, LLC v. Burwell*, Case No. 2:16-cv-02521-TLN-KJN.

(2) Defendant will file a Responsive Pleading to Plaintiff's Second Amended Complaint or a Motion to Dismiss the Second Amended Complaint in each of the above 3 cases and Plaintiff and Defendant will provide their respective Opposition and Reply Memorandums in opposition or support of Plaintiff's Motion to Dismiss the Second Amended Complaint, if any, based upon the following briefing schedule:

    **a. Deadline for Plaintiff to file the proposed Second Amended Complaint in each case:** March 23, 2017

    **b. Deadline for Defendant to file a Responsive Pleading or a Motion to Dismiss in each case:** April 6, 2017

    **c. Deadline for Plaintiff's Opposition to Defendant's Motion to Dismiss in each case:** May 4, 2017

////

////

[~~PROPOSED~~] ORDER GRANTING STIP TO AMEND THE FAC AND SET A BRIEFING SCHEDULE

1

SHULMAN HODGES & BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

G:\DOCS\KJN\Robbin\signed - kjn\16-230 & 16-2278 & 16-2521 Prime Healthcare Services Shasta, LLC v. Burwell Order Approving Stipulation to File Amended Compaint and Set Briefing Schedule.doc

1  ////

2        **d.  Deadline for Defendant's Reply Memorandum**

3            **in support of Its Motion to Dismiss in each case:**      **May 25, 2017**

4        **e.  Hearing Date:**                                          **June 1, 2017**

5  Dated: March 20, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

[PROPOSED] ORDER GRANTING        2
STIP TO AMEND THE FAC AND
SET A BRIEFING SCHEDULE

G:\DOCS\KJN\Robbin\signed - kjn\16-230 & 16-2278 & 16-2521 Prime Healthcare Services Shasta, LLC v. Burwell Order Approving Stipulation to File Amended Compaint and Set Briefing Schedule.doc